# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:21-MJ-6 |
| v. | (MEHALCHICK, M.J.) |
| Andrew Wrigley, | |
| Defendant | |

## ORDER

**NOW,** this **15th** day of **January 2021**, the above-named defendant having requested an attorney without payment of fee, and having completed the required Financial Affidavit (Form CJA 23) in support of said request, and having certified same to be correct;

**AND,** the Court being satisfied that said individual neither is financially able to obtain counsel nor is waiving the right to counsel;

**IT IS ORDERED THAT** the Federal Public Defender for the Middle District of Pennsylvania, 201 Lackawanna Avenue, Suite 317, Scranton, Pennsylvania 18503, be and hereby is appointed to represent the defendant in all matters pertaining to the above-captioned action.

**Dated: January 15, 2021**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**