AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of PENNSYLVANIA

| | |
|---|---|
| United States of America<br>v.<br><br>Andrew Wrigley<br>*Defendant* | )<br>) Case No. 3:21-MJ-6<br>)<br>) Charging District: District of Columbia<br>) Charging District's Case No. 1:21-MJ-26 |

**FILED SCRANTON JAN 15 2021** *Per* DEPUTY CLERK

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No.: VIA Zoom |
|---|---|
| | Date and Time: 1/25/2021 1:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 1/15/2021

*Judge's signature*

KAROLINE MEHALCHICK, US Magistrate Judge
*Printed name and title*

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/1600140355?pwd=VTlkQ0ZEVmJOTVN3bmUwS05nZndZQT09

Meeting ID: 160 014 0355
Passcode: 634244

One tap mobile
+16692545252,,1600140355#,,,,,,0#,,634244# US (San Jose)
+16468287666,,1600140355#,,,,,,0#,,634244# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
Meeting ID: 160 014 0355
Passcode: 634244
Find your local number: https://uscourts-dcd.zoomgov.com/u/alNbEIoTB

Join by SIP
1600140355@sip.zoomgov.com

1