# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:21-MJ-6 |
| v. | (MEHALCHICK, M.J.) |
| ANDREW WRIGLEY, | |
| Defendant | |

## ORDER

Having heard from the United States Probation Office that Defendant's firearms that have been removed from his residence, **IT IS HEREBY ORDERED** that this Court's previous Order Setting Conditions of Release is amended such that Defendant may reside at his residence and will be supervised by Pre-trial Services Office of the Middle District of Pennsylvania Probation Office.

Dated: January 22, 2021

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**